Clarence McCoy, d/b/a **C. McCoy Furniture, Appellee,**
**v. Samuel H. Smith, Defendant Below, A. E. Gor-**
**don, d/b/a A. E. Gordon & Sons, Garnishee Below,**
**Appellant.**

**Gen. No. 46,695.** 

First District, Third Division.
January 11, 1956.
Released for publication February 29, 1956.

James D.
Murphy, for appellant; Albin Dommermuth, of counsel; Julius L.
Kabaker, for appellee. Opinion by JUDGE KILEY. **Not to be**
**published in full.**